


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

June 27, 2025

**By ECF and EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

APPLICATION GRANTED

_____
Hon. Judith C. McCarthy

6-27-2025

Re:   *United States v. Andrew Belle*, 25 Cr. 289

Dear Judge McCarthy:

The Government respectfully requests that the Court exclude time in the above-captioned matter under the Speedy Trial Act, 18 U.S.C. § 3161. On June 25, 2025, the defendant was charged by indictment. On June 27, 2025, this Court scheduled an arraignment for July 11, 2025, at the request of the parties and based on the parties' availability.

Accordingly, and out of an abundance of caution, the Government respectfully requests an exclusion of time from June 25, 2025, through July 11, 2025. The defendant consents to this request. The Government makes this request pursuant to 18 U.S.C. § 3161(h)(7)(A) so that defense counsel may consult with the defendant and so that the parties may discuss a potential pretrial disposition of this matter. The ends of justice served by the granting of the continuance requested outweigh the interests of the public and defendant in a speedy trial.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Jorja N. Knauer
Assistant United States Attorney
(914) 993-1919

cc:   Mark Gombiner, Esq. (by ECF and Email)